**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| KEWONNA ROBERTS, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC, <br><br> Defendants. | <br><br><br><br> Case No.  4:26-cv-00331- JAR |

## NOTICE OF SETTLEMENT

Plaintiff Kewonna Roberts and Defendants Centene Corporation and Centene Management Company, LLC ("Defendants"), by and through their undersigned counsel, hereby submit this Notice of Settlement, stating as follows:

1.      On March 6, 2026, Plaintiff Kewonna Roberts filed her Complaint. (ECF No.1).

2.      On July 7, 2026, the Court granted Defendants' Consent Motion for an Extension of their Responsive Pleading Deadline. (ECF No. 20).

3.      Defendants' deadline to respond to the Complaint is currently July 22, 2026.

4.      Since then, the Parties have reached a settlement in principle in this case and are currently drafting a long form Settlement Agreement.  To allow time to finalize the Settlement Agreement, the Parties request a stay of the litigation and all current deadlines.  The Parties anticipate that they will submit any dismissal filings on or before August 21, 2026 (approximately 30 days from the date of this filing).

Respectfully submitted,                    Respectfully submitted,

*/s/ Alyson Steele Beridon (w/ permission)*      */s/ Christopher Michalski*

Trent B. Miracle, #502102 (MO)         Patricia J. Martin, Bar No. 57420MO
FLINT COOPER COHN              pmartin@littler.com
THOMPSON & MIRACLE
222 E. Park Street, Suite 500          LITTLER MENDELSON, P.C.
Edwardsville, IL 62025               7777 Bonhomme Avenue, Suite 1220
Phone: (618) 288-4777              St. Louis, MO 63105
Fax: (618) 288-2864                Telephone:  314.659.2011
tmiracle@flintcooper.com           Facsimile:  314.667.3760

Alyson Steele Beridon #87496 (OH)    Christopher Michalski, Bar No. 93236PA
Herzfeld, Suetholz, Gastel, Leniski    cmichalski@littler.com
& Wall, PLLC                   Sean P. Dawson, Bar No. 326085PA
600 Vine St., Ste 2720              sdawson@littler.com
Cincinnati, OH 45202              Terrina LaVallee, Bar No. 329599PA
Ph: (513) 381-2224                tlavallee@littler.com
Fax: (615) 994-8625
alyson@hsglawgroup.com           LITTLER MENDELSON, P.C.
                                1 PPG Place, Suite 2400
Jacob R. Rusch #0391892 (MN)      Pittsburgh, Pennsylvania 15222
JOHNSON BECKER, PLLC         Telephone: 412.201.7634 / 7601 / 7691
444 Cedar Street, Suite 1800        Facsimile: 412.774.1533
Saint Paul, MN 55101
T: 612-436-1800                  Attorneys for Defendants Centene Corporation and
F: 612-436-1801                  Centene Management Company, LLC
jrusch@johnsonbecker.com

4914-5797-4463.2 / 095402.1053