**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| KEWONNA ROBERTS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC,<br><br>Defendants. | Case No. 4:26-cv-00331- JAR |

**JOINT STATUS REPORT**

Plaintiff Kewonna Roberts and Defendants Centene Corporation and Centene Management Company, LLC ("Defendants"), by and through their undersigned counsel, hereby submit this Joint Status Report, stating as follows:

1. On July 22, 2026, the Parties filed a Notice of Settlement informing the Court of their settlement and requesting a stay of the litigation and all current deadlines. (ECF No. 21).

2. On July 23, 2026, the Court ordered the parties to file dismissal papers, or any request for settlement approval, if necessary, on or before September 8, 2026. (ECF No. 22).

3. The Parties are still in the process of finalizing the settlement agreement and anticipate filing any dismissal papers by September 17, 2026.

4. Accordingly, the parties respectfully request an extension of the September 8, 2026 deadline to September 17, 2026.

Respectfully submitted,

*/s/ Alyson Steele Beridon (w/ permission)*

Trent B. Miracle, #502102 (MO)
FLINT COOPER COHN
THOMPSON & MIRACLE
222 E. Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
tmiracle@flintcooper.com

Alyson Steele Beridon #87496 (OH)
Herzfeld, Suetholz, Gastel, Leniski
& Wall, PLLC
600 Vine St., Ste 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

Jacob R. Rusch #0391892 (MN)
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: 612-436-1800
F: 612-436-1801
jrusch@johnsonbecker.com

Respectfully submitted,

*/s/ Christopher Michalski*

Patricia J. Martin, Bar No. 57420MO
pmartin@littler.com

LITTLER MENDELSON, P.C.
7777 Bonhomme Avenue, Suite 1220
St. Louis, MO 63105
Telephone: 314.659.2011
Facsimile: 314.667.3760

Christopher Michalski, Bar No. 93236PA
cmichalski@littler.com
Sean P. Dawson, Bar No. 326085PA
sdawson@littler.com
Terrina LaVallee, Bar No. 329599PA
tlavallee@littler.com

LITTLER MENDELSON, P.C.
1 PPG Place, Suite 2400
Pittsburgh, Pennsylvania 15222
Telephone: 412.201.7634 / 7601 / 7691
Facsimile: 412.774.1533

Attorneys for Defendants Centene Corporation and Centene Management Company, LLC